## IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

|  |  |
|---|---|
| MSR IMPORTS, INC., | ) |
|  | ) |
| *Plaintiff and proposed class, Representative* | ) |
| v. | ) No. 1:26-cv-02645 |
|  | ) |
| UNITED STATES CUSTOMS AND BORDER PROTECTION, RODNEY S. SCOTT, in his official capacity as Commissioner of U.S. Customs and Border Protection, and the UNITED STATES OF AMERICA | ) |
| *Defendants*; and | ) |
| FEDERAL EXPRESS CORPORATION, | ) |
| *Defendant.* | ) |

### DEFENDANT FEDERAL EXPRESS CORPORATION'S UNOPPOSED MOTION TO EXTEND DEADLINE TO RESPOND

Defendant Federal Express Corporation ("FedEx"), pursuant to USCIT Rule 6(b)(1)(A), and for good cause, moves the Court for an Order extending FedEx's deadline to respond to Plaintiff MSR Imports, Inc.'s ("MSR") Class Action Complaint. In support of the Motion, FedEx states:

1. MSR filed its Class Action Complaint against FedEx and certain federal Defendants, including the United States of America, on April 3, 2026. In its Complaint, MSR seeks damages allegedly resulting from duties imposed by the federal Defendants on FedEx under authority of the International Emergency

Economic Powers Act ("IEEPA") and passed through to MSR—duties which the Supreme Court held, in a decision of February 20, 2026, were unlawful.

2. FedEx was served with MSR's Complaint on or about April 8, 2026.

3. Pursuant to Rule 12(a)(1)(B), FedEx is required to respond to the Complaint within 21 days of service (*i.e.*, by April 29, 2026).

4. The federal Defendants, meanwhile, are required to respond by June 2, 2026, according to the Court's docket. *See* Dkt. 2.

5. For good cause, FedEx respectfully seeks an additional 34 days to respond to the Complaint, which would extend its deadline to June 2, 2026. Among other things:

a) FedEx's own lawsuit to recover the IEEPA duties it paid to the United States is stayed (as is every other of the more than 3,500 such cases docketed in this Court). *See* No. 26-01150, Dkt. 8 (Administrative Order 25-02, staying case);

b) Defendant United States Customs and Border Protection ("CBP") just this week (on April 20) launched its Consolidated Administration and Processing of Entries ("CAPE") system, which CBP has stated is its mechanism for validating and issuing IEEPA refunds;

c) FedEx has been named in multiple other putative class action complaints seeking refunds of IEEPA tariffs in various federal district courts around the country.

The additional time FedEx seeks by this motion to respond to the Complaint would afford FedEx an opportunity to better assess the multi-faceted aspects of the broader IEEPA refund litigation landscape and prepare a more informed response.

6.     On April 20, 2026, counsel for FedEx conferred with counsel for MSR about an extension of FedEx's response deadline, to June 2, 2026, to align it with the government's response deadline. Counsel for MSR agreed to this proposed extension and thus does not oppose this motion.

7.     On April 23, 2026, undersigned counsel for FedEx emailed attorneys within the U.S. Department of Justice's International Trade Field Office (whom undersigned counsel is aware are representing the United States in the various IEEPA duty refund cases filed in this Court by importers of record, including FedEx) to confer about this request to extend FedEx's response deadline. As of this filing, undersigned counsel has not received a response.

8.     The deadline for FedEx's response has not previously been extended. Further, the requested extension would not prejudice the parties or delay prosecution of this action because this litigation is in its early stages and, as noted, FedEx's own underlying action in this Court for IEEPA duty refunds is stayed.

WHEREFORE, FedEx respectfully requests the Court enter an Order granting its unopposed motion to extend its response deadline to June 2, 2026.

Respectfully submitted,

Dated: April 24, 2026

s/ Daniel W. Wolff
**CROWELL & MORING LLP**
1001 Pennsylvania Ave., NW
Washington, D.C. 20004
Tel 202-624-2621
Email: dwolff@crowell.com

*Attorney for Defendant Federal Express Corporation*

4

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of this Unopposed

Motion was served on all parties of record via the Court's CM/ECF system.


<u>s/ Daniel W. Wolff</u>